**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6666**

_____

JERRELL PITT,

        Plaintiff - Appellant,

    v.

LIEUTENANT FONTAINE,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:25-cv-00203-LKG)

_____

Submitted:  December 18, 2025             Decided:  December 23, 2025

_____

Before NIEMEYER and BERNER, Circuit Judges, TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerrell Pitt, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerrell Pitt appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B)(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Pitt v. Fontaine*, No. 1:25-cv-00203-LKG (D. Md. July 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*